UNITED STATES DISTRICT COURT
for the
Southern District of Florida

16CV23481-Scola

| | |
|---|---|
| RODOLFO SILVA and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br> vs. <br><br> EAST RIDGE RETIREMENT VILLAGE, INC., and JEFFREY MERRITT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To:
JEFFREY MERRITT
19301 SW 87th Ave
Miami, FL 33157

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.<br>
J.H. Zidell P.A.<br>
300 71ST Street, Suite 605<br>
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Aug 12, 2016



Steven M. Larimore
Clerk of Court

s/ S. Reid
Deputy Clerk
U.S. District Courts