UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-23481

RODOLFO SILVA and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
)
EAST RIDGE RETIREMENT VILLAGE, )
INC., and JEFFREY MERRITT, )
)
)
Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 7], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** July 14, 2015 through August 18, 2016
Weeks: 57 weeks
Overtime hours per week: 28 hours
Amount of time and a half per hour not compensated: $49.50/hr (based on hourly rate of $33.00/hr)
Total overtime wages unpaid: **$79,002.00**

**Total Overtime Wage Claim and Liquidated Damages: $79,002.00 X 2 = $158,004.00**

\*\*Plaintiff seeks all fees and costs under the FLSA.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

                 By: /s/ Allyson Morgado
                   Allyson Morgado, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/26/16 TO:

ALL CM/ECF RECIPIENTS

                 BY: /s/ Allyson Morgado
                   Allyson Morgado, Esquire